[No. 10230. Department One. August 16, 1912.]

BANK OF LIND, *Appellant*, v. G. H. THOMAS *et al., Respondents.*[1]

Appeal from an order of the superior court for Adams county, Pendergast, J., entered November 27, 1911, dissolving an attachment, after a hearing before the court upon affidavits. Reversed.

*Wakefield & Witherspoon* (*A. C. Shaw* and *E. P. Twohy*, of counsel), for appellant.

*Lovell & Davis*, for respondents.

PER CURIAM.—This is an appeal from an order dissolving an attachment. The facts involved are substantially the same as in *Holt Mfg. Co. v. Thomas*, *ante* p. 488, 125 Pac. 772, which we have just decided. For the reasons given in that decision, the order dissolving the attachment in this case is reversed.

[1]Reported in 125 Pac. 776.